IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD W. SALMON,　　　　　　　　　　　　No. 2:19-cv-01878-AC

　　　　　Plaintiff,　　　　　　　　　　　　　　　　ORDER

　　v.

MARCIA G. VENTURA, Statewide Inmate
ADA Coordinator,
　　　　　Defendant.

HERNÁNDEZ, District Judge:

　　Magistrate Judge Acosta issued a Findings and Recommendation on February 8, 2021, in which he recommends that the Court grant Defendant's Motion to Dismiss Plaintiff's Amended Complaint. F&R, ECF No. 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

　　Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [No.20]. Accordingly, Defendant's Motion to Dismiss Salmon's Amended Complaint [No. 12] is granted. Plaintiff's Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED: ___July 8, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge